1  SCOTT N. SCHOOLS (SCBN 0999)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7223
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )  CRIMINAL NO.
                                      )
14 |         Plaintiff,                )  3-07-70721
                                      )  NOTICE OF PROCEEDINGS ON
15 |     v.                            )  OUT-OF-DISTRICT CRIMINAL
                                      )  CHARGES PURSUANT TO RULES
16 | MICHAEL CHENG,                    )  5(c)(2) AND (3) OF THE FEDERAL
        a/k/a/ Michael Huynh, a/ka/a Michael )  RULES OF CRIMINAL PROCEDURE
17 |    Huynh-Cheng                    )
   JIM ARCHULETTA,                    )
18 |    a/k/a/ David Goldberg,         )
   KIMBERLY WHITEHOUSE,               )
19 | NANCY SUMMERSGILL,                )
        a/k/a/ Brenda Nishikana, a/k/a/ Karen )
20 |    Nedley, a/k/a/ Mari Kitagawa, a/k/a/  )
        Audrey Peterson, a/k/a/ Kylie Small,  )
21 |    a/k/a/ Sylvia Wong,            )
   EFREN GONZALEZ,                    )
22 | PAUL ANDERSON, and                )
   VICKI NGUYEN,                      )
23 |                                   )
            Defendants.                )
24 |                                   )
   _____    )
25

26     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

27 Procedure that on November 30, 2007 the above named defendants were arrested based upon an

28 arrest warrant (copy attached) issued upon a Criminal Complaint pending in the Eastern District

MEJ

1  of Virginia Case Number 1: 07mj1038.

2  　　The defendants are all charged with a violation of 21 U.S.C. Sections 846 and 841(a)(1)–
3  Conspiracy to distribute more than 5 kilograms or more of a detectable amount of cocaine, a
4  Schedule II Controlled Substance.

5  　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

6  　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
   　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
7

8  Date: 12/4/07
9  　　　　　　　　　　　　　　　　　　　　　　　　BARBARA SILANO
   　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AO 442 (Rev. 12

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

MICHAEL CHENG,
a/k/a Michael Huynh, and Michael Huynh-Cheng

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Michael Cheng_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance.

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry K. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____   by _____
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 44

# United States District Court

_____EASTERN_____ DISTRICT OF _____VIRGINIA_____

UNITED STATES OF AMERICA

V.

EFREN GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: _____Efren Gonzalez_____
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy - to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

<u>EASTERN</u>    DISTRICT OF    <u>VIRGINIA</u>

UNITED STATES OF AMERICA

V.

PAUL ANDERSON

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: <u>Paul Anderson</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1) & 846</u>

<u>Barry R. Poretz</u>
Name of Issuing Officer

<u>U.S. Magistrate Judge</u>
Title of Issuing Officer

<u>[signature]</u>
Signature of Issuing officer

<u>November 30, 2007, Alexandria, VA</u>
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Re...

# United States District Court

EASTERN  DISTRICT OF  VIRGINIA

UNITED STATES OF AMERICA

V.

VICKI NGUYEN

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: __Vicki Nguyen__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

__Barry R. Poretz__
Name of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

[signature]
Signature of Issuing officer

__November 30, 2007, Alexandria, VA__
Date and Location

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Re

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

KIMBERLY WHITEHOUSE

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Kimberly Whitehouse___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

*INFORMATION COPY ONLY*
*NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.*

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

__Barry R. Poretz__
Name of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

_signature_
Signature of Issuing officer

__November 30, 2007, Alexandria, VA__
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev.

# United States District Court

EASTERN ____ DISTRICT OF ____ VIRGINIA

UNITED STATES OF AMERICA

V.

NANCY SUMMERSGILL, a/k/a Brenda Nishikana, Karen Nedley, Mari Kitagawa, Audrey Peterson, Kylie Small, and Sylvia Wong

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ Nancy Summersgill ____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

*INFORMATION COPY ONLY*
*NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL*

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442

# United States District Court

EASTERN   DISTRICT OF   VIRGINIA

UNITED STATES OF AMERICA

V.

JIM ARCHULETTA
a/k/a David Goldberg

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jim Archuletta_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy - to distribute cocaine, a Schedule II controlled substance

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL

in violation of Title __21__ United States Code, Section(s) 841(a)(1) & 846

_Barry R. Poretz_                              _U.S. Magistrate Judge_
Name of Issuing Officer                         Title of Issuing Officer

_[signature]_                                   November 30, 2007, Alexandria, VA
Signature of Issuing officer                    Date and Location

Bail fixed at $ _____    by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |